# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. RELEFORD, | Case No. CV 16-7050-RGK (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| SUZANNE M. PERRY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: November 2, 2017

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE